# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

JERRY CHARLES RODRIGUEZ,

    Petitioner,

v.                                         CASE NO. 1:15-cv-00140-WTH-CAS

PAMELA JO BONDI, FLORIDA DEPARTMENT
OF CORRECTIONS SECRETARY,

    Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation. (ECF No. 31). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Petitioner has filed objections at ECF No. 35. I have made a de novo review based on those objections. Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The Clerk is directed to enter judgment as follows: "The amended § 2254 petition (ECF No. 6 ) is DENIED. A certificate of appealability is DENIED and leave to appeal in forma pauperis is DENIED." The Clerk is directed to close the file.

**DONE AND ORDERED** this _22nd_ day of November, 2017

                                                                _____
                                                                 **UNITED STATES DISTRICT JUDGE**